January 22, 2025
Latrice Evans
648 Canterbury Lane
Sagamore Hills, Ohio 44067
Latriceflanagan@gmail.com

Judge J. Philip Calabrese
Carl B. Stokes United States Court House
801 West Superior Avenue, Courtroom 16B
Cleveland, Ohio 44113

Dear Judge Calabrese,

I am writing to offer my support for my longtime friend, Basheer Jones, whom I have known for 30 years. Since our elementary school days and until the present time, I have been able to see his commitment to Ward 7- the community we grew up in and throughout the world.

Basheer began mentoring at a young age through the B.R.I.C.K. Program. I recall being in middle school and seeing photos of him reading to kids at a nearby elementary school. He led by example in and out of the classroom, which showed younger kids in our community that they too could succeed no matter what obstacles may have stood in their way. His willingness to serve others has been impactful to both older and younger generations. My deceased parents, who were not big into politics, were some of his biggest supporters during his campaigns. They knew he would carry out his plan to improve Ward 7, better himself and those around him.

Basheer continues his desire to help others get opportunities and there is no doubt in my mind that he will continue to have a positive impact moving forward.

Thank you for your time and considering my point of view on Basheer's dedication and love for people.

Sincerely,

*Latrice Evans*

Latrice Evans