Crystal Carter
1990 Ford Drive apt. 701 Cleveland, OH 44106
December 5, 2024

Honorable Judge J. Philip Calabrese, Carl B. Stokes United States Court House, 801 West Superior Avenue, Courtroom 16B Cleveland, Ohio 44113-1841

Dear Judge Phillip Calabrese:

I am writing this letter to introduce myself Crystal Carter. I grew up in the home of Basheer Jones in year 2000. I had the pleasure of being raised by his Family& upbringing. Basheer Jones was like a Brother to me. He taught me life values, perspectives, and meanings behind things. He taught myself and others as we grew older. I've known Basheer Jones for 24 years plus. I met him through my Best Friend Jawariya Aishah Jones. Their mother Imani Jones took me in as her own child. It was an honor to be in their upbringings. They lived by morals and values that could change society to become better.

Basheer Jones was the Leader in the community. He is a visionary, he saw Great things in everyone. He helped us all become better beings and gave us hope in society. Through the struggles and witnessing of some days with no food, some days Imani worked multiple jobs and projects, Basheer ensured it contributed to building our character and teaching us to value life more. Basheer gave us hope that was embedded in him as if he was born to save lives.

I have had the pleasure to participate in every project, festival, and drive he offered to the entire city. I have been engaging in every festival since childhood. Just recent on October 28th, he helped the request of 100 people become saved by GOD, he had fellowship tents where we slept in the conditions of the neighborhood to show he to came from the same conditions. On October 29th, he serviced over 200 families with free wifi for those of Cleveland Public schools for fall festivities. On October 20th, he gave tribute to his mother Imani who raised us all in honor of her significance and Breast cancer awareness. He still leads us all even through his own burdens with loss of his mother, taking in family, children, restless nights, hardship in trying to succeed and climb and continued even when he didn't become elected for Mayor. He still gave to the community, conducted drives to help families and children in need with school supplies, food, and shelter. Basheer comes from poverty and graduated with several Degrees including from Morehouse college. It is a honor to be bought up in the raising of Basheer Jones and he encouraged me & everyone in our home and community to become successful and graduate. He is a Leader in our society and I am glad to be a product of his services.

Thank you.

Sincerely,

Crystal Carter, BSHM
mscartercrystal@gmail.com
216-450-8491