Dear Honorable Calibrese,

My name is Marie Laster, I am the President of The Local Advisory Council at Addison Square apartments also a delegate for The Progressive Action Council.

I met Basheer Jones over 8 years ago when he first ran for Councilman of ward 7. Basheer Jones is involved in various activities in the community, always making himself available with needed assistance for the residents. There was a time Basheer single handedly provided a well needed computer room for the over 200 residents at Addison Square, a promise he made and kept even before he became Councilman.

He has and continues to provide food and gifts to families, seniors and youth in the community. Basheer has been instrumental in the development of Ward 7 as well as the City of Cleveland as he has always been happy to help. I am confident he would not hesitate to do more without looking back.

Thank you for considering my support for Basheer Jones.


Yours sincerely,
Marie Laster
*President, Local Advisory Council*
*Addison Square Apartments*