December 5, 2024

Dear Honorable Judge Calabrese,

I hope this letter finds you well. I am writing today on behalf of Mr. Basheer Jones, whom I have had the pleasure of knowing for the past 10 years. Our friendship blossomed after I witnessed a peaceful demonstration led by Mr. Jones regarding the Stop the Violence rally in Cleveland, Ohio. Inspired by his commitment to community activism, I felt compelled to join and assist him in his efforts.

Over the years, I have seen Mr. Jones tirelessly advocate for the safety and well-being of residents in the Cleveland area, particularly in our inner-city neighborhoods. His passion for peace and positive change is truly inspiring.

After about six years of collaboration, Mr. Jones and I partnered to create travel opportunities for individuals eager to explore destinations they might not have known existed. Through his guidance, I discovered my own passion for community outreach and leadership. Had it not been for Mr. Jones's influence, I would not have left my corporate job to pursue a business that focuses on exposing underprivileged and underrepresented individuals to travel opportunities.

Mr. Jones has also served as a mentor to me, enabling me to successfully transport over 500 individuals from Cleveland and beyond to both domestic and international destinations. His direction has allowed me to build lasting relationships with numerous schools and organizations, all aimed at providing educational travel experiences for our youth. Many travelers have been profoundly impacted by Mr. Jones's messages, leading parents to request his mentorship for their children.

Together, we have contributed to various charitable events, organized back-to-school supply drives, and led initiatives to provide winter essentials to those in need. I have also had the honor of assisting with toy drives for less fortunate students during the holiday season.

In light of Mr. Jones's 20+ years of dedicated community service, I ask that you consider granting leniency regarding a recent lapse in judgment. His contributions to our community reflect his true character as a leader and activist. We seek mercy and grace from the court, recognizing the positive impact Mr. Jones has made throughout his life. Thank you for your time and consideration.

Sincerely,

*Nickisha Johnson*

Nickisha Johnson