December 31, 2024

Joseph Clark
[3790 Freemont Rd](#)
[South Euclid OH 44121](#)
[Joeclark325@gmail.com](mailto:Joeclark325@gmail.com)

Dear Judge Calabrese,

I am writing to express my full support for Basheer Jones, whom I have had the privilege of knowing for over a decade. During this time, I have witnessed his unwavering commitment to our community through his efforts to foster unity, reduce crime, and create opportunities for positive growth.

One example of Basheer's dedication that deeply impacted me occurred on East 79th and Superior. At a time when the area was plagued by high crime, Basheer took an extraordinary step to address the issue. He pitched a tent in an open field and lived there to show the community he would not abandon them and was committed to bringing about change. This act of courage and leadership not only inspired hope but also brought people together to work toward creating a safer and stronger neighborhood.

Basheer's consistent efforts to organize community events and initiatives have shown his determination to uplift those around him. His actions have touched countless lives, including mine, by demonstrating the power of service, compassion, and resilience. Thank you for considering this letter as a reflection of Basheer Jones' character and the positive influence he has had on our community. I am confident he will continue to be a source of strength and inspiration moving forward.


Sincerely,
Joseph Clark