**Letter of Support:**

December 6, 2024

Dear Honorable Judge Calabrese,

My name is Lynnette Adams, and I am writing to share my experiences with Basheer Jones, whom I had the privilege of meeting when he served as the councilman of Ward 7. I first learned about Basheer's efforts to give away turkeys to residents in the Cleveland area during a particularly challenging time in my life. I was excited to meet him in person, having heard so many wonderful things about his contributions to our community.

At that time, I was between jobs, and my income was very low. I was uncertain about how I would provide a Thanksgiving meal for my family, which includes six children, twelve grandchildren, and three great-grandchildren. I rushed to obtain a free turkey, and upon my arrival, I was greeted by Basheer with a warm smile and a heartfelt hug. In that moment, I felt understood and supported, which was incredibly uplifting.

Thanks to Basheer, I was able to enjoy a Thanksgiving meal with my family, and since that day, I have witnessed his unwavering commitment to giving back to the community. He has organized turkey giveaways, food pantries, toy drives, senior citizen events, peaceful rallies, and support for small businesses.

One particular moment stands out in my memory: in 2023, after undergoing major brain surgery, I received a visit from Basheer. He took the time to pray with me and offer his support during a time when my own sons were unable to visit. This act of kindness truly exemplified the compassion that Basheer has for others.

He has been a beacon of hope in my lowest moments, and I will always remember how he made me feel valued and cared for. I kindly ask that you consider this letter as insight into the character of a man who has made a poor decision at one point in his life but has otherwise dedicated himself to uplifting those around him.

We respectfully seek your mercy and understanding.

Thank you for your time and consideration.

Sincerely,

*Lynnette Adams*
Lynnette Adams