UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        -*vs.*-<br><br>BASHEER JONES,<br><br>        Defendant. | Case No. 1:20CR00731<br><br>The Honorable Judge<br>J. PHILIP CALABRESE<br><br>SUPPLEMENTAL<br>SENTENCING MEMORANDUM<br>FOR DEFENDANT |

Basheer Jones ("Jones"), by and through undersigned counsel, provides the attached letters to supplement the sentencing memorandum that was submitted to this Court on March 25, 2025, for the Court's consideration in advance of the April 1, 2025, sentencing hearing in this case. Please see attached the letters that further speak to Jones' character and the many good works that he has done in his community. (See Exs. I through L – Letters from Marcia Fudge, Cornel West, Zahira Ghafoor, and Phyllis Wilson).

                                                          Respectfully submitted,

                                                          /s/ Fernando O. Mack
                                                          FERNANDO O. MACK
                                                          Reg. No.: 0062937
                                                          1220 W. 6th St., Ste. 203
                                                          Cleveland, OH 44113
                                                          Phone: (216) 256-9610
                                                          Fax: (216) 575-7664
                                                          Email: losmacks@msn.com
                                                          *Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 27, 2025, a true and accurate copy of the following **Supplemental Sentencing Memorandum for Defendant** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Fernando O. Mack