**Subject: Request for a Letter of Support**

Your honor,

It is with sadness that I write this letter on behalf of a young man I have known since he was a teenager. Someone that has been like a son; Basheer Jones.

Basheer was a brash yet brilliant youngster, struggling to find his way, from homelessness and hurt, to being a contributing member of our community. He wanted to make a difference in the lives of others like himself. He wanted to give them hope; a hope he didn't even have in himself. He felt the system was stacked against him and it was.

Basheer has certainly traveled far since those days and did indeed make a difference in the lives of so many. I do not know the circumstances or the other people involved in the actions that bring him before this court; I do however, know that Basheer is disappointed in himself and remorseful for his actions. Basheer is a good and decent man with a big heart and a love for people. I hope you see the same bright light I see.

Sincerely,

*Marcia L. Fudge*

Marcia L. Fudge