**Cornel West**
**Bonhoeffer Chair/Professor**
**Union Theological Seminary**
**Cornelwest01@gmail.com**

March 21, 2025

To The honorable presiding Judge,

I am writing this strong letter of support for my very dear brother Basheer Jones. I have been blessed to know brother Basheer for over three years. He was my very close adviser, fellow traveler to over twenty cities and the visionary head of my Muslim Leadership counsel in my Presidential Campaign this past year. He is a person of the highest integrity and character. He is one of the most beloved people in my leadership group. He is wise, kind and sensitive to persons of all colors, genders and religions. In fact, his loving introductions of me were magnificent examples of how he connects so closely to the hearts and minds of others.

From his early tough childhood through his superb years at historic Morehouse College, and through his years on the City Council, brother Basheer has been a great public servant dedicated to improving the lives of his fellow citizens. I personally witnessed his genuine love and care for so many people in neighborhoods in Cleveland and across the country. To put it bluntly, he is one of the most inspirational people of his generation I have met in my life!

Like all of us, he is a fallible human being who makes mistakes and deserves a second chance. I plea to you for mercy in regard to my very dear brother Basheer Jones! He is and will always be a major force for good! Thank you for your serious consideration on this urgent matter.

Sincerely,

Cornel West
Bonhoeffer Chair/Professor
Union Theological Seminary