Zahira Ghafoor
18606 Cherokee Ave
Cleveland, OH, 44119
zahira.ghafoor0721@gmail.com
216-463-3431

Dear Your Honor,

I am writing to wholeheartedly support Basheer Jones, whom I have had the privilege of knowing for over 17 years. Basheer has consistently shown his unwavering dedication to uplifting our community in Cleveland. His inspiring presence was evident when he spoke at my high school graduation from the Cleveland School of the Arts in 2013. Over the years, I have repeatedly witnessed Basheer's selfless efforts to empower the youth, foster community spirit, and encourage us all to be better individuals. His work with voter registration drives, anti-violence initiatives, and providing support to families in need underscores his commitment to making a meaningful impact. Notably, even during challenging times, he continues to extend his support beyond our city, such as his recent efforts to help those affected by the California wildfires.

Basheer is not only a community leader but also a person of exceptional moral character. His genuine compassion and relentless pursuit of positive change have created a more connected and resilient community. His collaborative efforts, even across state lines with places like Chicago, exemplify his dedication to spreading love and charity. I fully believe in his continued commitment to making a difference and am confident that Basheer's actions will tirelessly contribute to the betterment of our community.

Thank you for considering my perspective on Basheer's influential contributions and steadfast character.

Sincerely,
Zahira Ghafoor
Outreach Coordinator
The Law and Leadership Institute LLC