Phyllis J Wilson
8206 Wade Park Avenue
Cleveland, Ohio 44103
01-16-2025

To Judge Calabrese,

     I am writing this letter to provide a character reference for Basheer Jones. I am a resident in the city of Cleveland, Ohio. I reside in Ward Seven and have been a member of this community for 63 years. I met Basheer Jones during his seat as Ward Seven Councilman, and based on his actions during his time in office he has gained my full support throughout the years.

     Mr. Jones has proven to be a true leader of the people in our community through his patronage and dedication to bettering our environment and promoting positive community engagement. Mr. Jones has helped members of Ward Seven and many others with issues such as food, housing, death burial, criminal rehabilitation and expungement, and engaging the community with youth and senior events. I have witnessed Mr. Jones host events in our community and the improvement of many individuals and their lifestyles and choices. Mr. Jones does clothes drives, back to school giveaways, food drives, educational workshops and events to expose young men and women in the community to resources and skills they may have never learned, he has promoted many businesses and supported their growth. He has always and still to this day engaged with the people on all levels and with any concerns that he could offer guidance or assistance. Mr. Jones' awareness of mankind despite differences or position is worthy of accreditation, he is truly a leader and servant to the people. He has inspired so many individuals by being helpful when there is a great need.

Thank you Basheer Jones for all you have done.

Sincerely,

     Phyllis Wilson